## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT NEW YORK

| | |
|---|---|
| TRACY ALBERT, DIMITRIOS MALAXIANIS, and TATYANA OSHKINA, on behalf of themselves and all others similarly situated, | Case No. 15-cv-04087 |
| Plaintiffs, | **STIPULATION FOR DISMISSAL** |
| vs. | |
| BLUE DIAMOND GROWERS, | |
| Defendant | |

> **USDC SDNY**
> **DOCUMENT**
> **ELECTRONICALLY FILED**
> **DOC #:**
> **DATE FILED:** 6/21/17

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), Plaintiffs Tracy Albert, Dimitrios Malaxianis, and Tatyana Oshkina, and Defendant Blue Diamond Growers, hereby stipulate to dismissal of the above-referenced action with prejudice in its entirety, with each party to bear its own fees and costs.

Dated: June 20, 2017

Respectfully submitted,

James C. Kelly
**The Law Office of James C. Kelly**
244 5th Avenue, Suite K-278
New York, N.Y. 10001
Tel: 212-920-5042
Fax: 888-224-2078

13577663.2

Matthew Insley-Pruitt
**Wolf Popper LLP**
845 Third Ave., 12th Floor
New York, NY 10022
(212) 759-4600

*Attorney for Plaintiffs*


Megan Oliver Thompson (pro hac vice)
**Hanson Bridgett LLP**
425 Market Street, 26th Floor
San Francisco, CA 94105
(415) 995-5840 Direct
(415) 995-3576 Fax

*Attorneys for Blue Diamond Growers*

---

**SO ORDERED.** The Clerk of Court is directed to terminate any pending motions in this action and to close this case.

**SO ORDERED.**

6-21-17
Date

Victor Marrero, U.S.D.J.

---

13577663.2                                    2

# *The Law Office of James C. Kelly*

*244 5th Avenue, Suite K-278*
*New York, New York 10001*

*Phone: (212) 920 5042*
*Fax: (888) 224 2078*
*www.jckellylaw.com*
*jkelly@jckellylaw.com*

June 20, 2017

**By Fax**

Judge Victor Marrero
United States Courthouse
500 Pearl Street, Suite 660
New York, NY 10007

Re: *Albert, et al. vs. Blue Diamond Growers et al.*, 15-cv-04087 (VM)(RLE)

Dear Judge Marrero:

Please find attached a stipulation of voluntary dismissal of the above-referenced class action, with prejudice. Said stipulation was e-filed on Pacer today.

Thank you very much for your attention herein.

Respectfully Submitted

*James Kelly*

James C. Kelly, Esq.

cc: The Honorable Ronald L. Ellis (by email to Emily Farrell)
Angela Agrusa (by email)
Wendy S. Dowse (by email)
Joshua H. Epstein (by email)
Megan Oliver Thompson (by email)
Joshua L. Solomon (by email)
Alexandra Davidson (by email)
Matthew Insley-Pruitt (by email)
Lester L. Levy (by email)